IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31116
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLES D. MATTINGLY, JR.,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-50011
- - - - - - - - - -
July 30, 1996
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Charles D. Mattingly, Jr., appeals his guilty plea conviction and sentence for wire fraud, in violation of 18 U.S.C. § 1343. Mattingly argues that the district court erred in calculating the amount of loss under U.S.S.G. § 2F1.1(b)(1) and in awarding a two-level enhancement for obstruction of justice under § 3C1.1.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

The district court did not err in determining that the intended loss exceeded $10,000.  See United States v. Henderson, 19 F.3d 917, 927-28 (5th Cir.), cert. denied, 115 S. Ct. 207 (1994); U.S.S.G. § 2F1.1, comment. (n.7).  The district court did not clearly err in awarding a two-level enhancement for obstruction of justice.  See U.S.S.G. § 3C1.1, comment. (n.3(c)).

AFFIRMED.